# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| v. | **CASE NO. 2:23-PO-1** |
| | **MAGISTRATE JUDGE JOLSON** |
| **RECCO D. BALAMS,** | |
| **Defendant.** | |

## ORDER

Upon motion of the United States, and the Court being duly advised in the premises.

IT IS HEREBY ORDERED that this case is Dismissed.

<u>S/Kimberly A. Jolson</u>
**KIMBERLY A. JOLSON**
**United States Magistrate Judge**

<u>5/5/2023</u>
**DATE**